# DECISIONES PER CURIAM.
## DE ENERO 13 A DICIEMBRE 23, 1919.

No. 1366. El Pueblo, Apelante, *v.* Pérez, Apelado.—

No. 1367. El Pueblo, Apelante, *v.* Ríos, Apelado.—Infracción de la Sección 2 de la Ley Orgániva. San Juan, Sección 2ª. Enero 13, 1919. *Teniendo por desistida la apelación del Fiscal.*

No. ____ Olivo, Apelado, *v.* Muriel et al., Apelantes.—*Injunction.* San Juan, Sección 1ª. Enero 16, 1919. *Desestimada.*

No. 1352. El Pueblo, Apelado, *v.* Rodríguez et al., Apelantes.—Acometimiento y agresión grave. San Juan, Sección 2ª. Enero 20, 1919.

No. 1350. El Pueblo, Apelado, *v.* Andrade, Apelante.—Adulteración de leche. San Juan, Sección 2ª. Enero 20, 1919.

No. 1351. El Pueblo, *v.* Echandía, Apelante.—Infracción artículo 288 del Código Penal. San Juan, Sección 2ª. Enero 20, 1919.

No. 1331. El Pueblo, Apelado, *v.* Torres, Apelante.—Abuso de confianza. Humacao. Enero 20, 1919. *Confirmadas las sentencias.*

No. 1778. Rivera *v.* Martínez, Apelado.—Libelo y daños y perjuicios. (Reconsideración.) Aguadilla. Enero 20, 1919. *Sin lugar.*

No. 1354. El Pueblo, Apelado, *v.* Ramos, Apelante.—Acometimiento y agresión grave. Humacao. Enero 21, 1919. *Confirmada.*

No. 1961. Compañía Azucarera ''El Ejemplo'', Apelada, *v.* Rivera, Apelante.—Cobro de dinero. Humacao. Enero 21, 1919.

No. 1962. Bayron, Apelante, *v.* Suárez, Apelada. Indemnización. Enero 21, 1919. *Desestimadas las apelaciones.*